IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY MAYES WILKERSON,<br><br>Defendant. | CR 22-112-BLG-SPW-2<br><br>**ORDER VACATING<br>DETENTION HEARING** |

Defendant has filed a motion to vacate the detention hearing. (Doc. 50.)

Accordingly, IT IS HEREBY ORDERED that the detention hearing currently set for October 27, 2022, at 9:30 a.m. is VACATED.

DATED this 26th day of October, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge